IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PETITIONING FOR A WRIT
OF HABEAS CORPUS UNDER
28 U.S.C. 2241

Civil 06-2344 (AET)

Jorge Guerra (SBI)#503385
(INM)#542027-[E-1-C]
Central Reception & Assignment Unit
P.O. Box 7450
West Trenton, NJ 08628

RECEIVED
MAY 2 4 2006
AT 8:30
WILLIAM T. WALSH
CLERK

Vs.

United States Department of
Homeland Security ▓▓▓) and
the District Director for the
Immigration and Custom
Enforcement Agency ▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
And the Officer in Charge
for ▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓, and
Warden or Custodain of said
County ▓▓▓▓▓▓▓▓▓▓▓▓▓
et al.

Please complete the following: (Check appropriate number)

This petition concerns:

1. (a) Due Process Violations
   (b) Substantive Due Process Violations
   (c) Estoppels — "In Custody"
   (d) Constitutional Laws-International Law Treaties

Page 2

2. Place of confinement: Central Reception & Assignment Facility-CADRE UNIT-P.O. Box 7450 West Trenton, NJ 08628.

3. Name and location of Court, which imposed order, sanction, ruling: U.S. Department of Homeland Security-the Immigration and Customs Enforcement Agency, (DHS)-(ICE).

4. The Order number and/or disposition number (if known) upon which the order was process:

   a. A# 72 553 331
   b. Notice of Action
   c. "In Custody" Challenge

5. The date upon which the judgment was imposed and the terms of the Sentence

   a. _____
   b. 4-24-06  Warrant-Detainer (ICE)
   c. _____

6. Check whether a finding of guilty was made:

   <u>After a plea of guilty</u>

7. If you were found guilty after a plea of not guilty, check whether that Finding was made by:

   <u>A Judge only</u>

8. Did you appeal from the judgment of upon the order, imposition, Sanction, order, ruling, and/or final order?

   No.

9. If you appealed, give the following information for each appeal:

a. (1) Name of court _____n/a_____
   (2) Result _____
   (3) Date of result _____
   (4) Citation or number of opinion _____
   (5) Grounds raised (list each):
      (a) _____
      (b) _____
      (c) _____
      (d) _____



b. (1) Name of court _____n/a_____
   (2) Result _____
   (3) Date of result _____
   (4) Citation or number of opinion _____
   (5) Grounds raised (list each):
      (a) _____
      (b) _____
      (c) _____
      (d) _____

10. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each Ground, if necessary attach a SINGLE page only behind this page.

**10. Continued**

    a. **Ground One: <u>Due Process Violations</u>**
<u>Petitioner states that he exhausted the facts due to his removal from the United States, he is sure that he is going to be ordered removed from the United States of America for his activities in the offenses that precluded to his aggravated felony and he now request to be place on an order of supervision by the authorities of the Immigration and Customs Enforcement authorities due to the fact of not having a foreseeable future of removal would include unconstitutional issues that would violate the petitioner freedom and his "Life and Liberty" of all the nations especially international laws and their treaties.</u>

    b. **Ground Two: <u>Substantive Due Process Violation</u>**
Petitioner as to be completely reviewed by the Immigration and Customs Enforcement Agency for a possible relief from the <u>undue hardship</u> of being unlawfully detained without a possible foreseeable future of removal from the United States at this time, accordingly the issues at hand are as follows<u>: the petitioner is of Cuban decent and due the facts between the country of Cuba and the United States of America do not have any treaties at this time or any foreseeable future and also the facts that the United States does have an economic embargo with Cuba and that there is no embassies in the United States makes the matter at least an extreme hardship for the petitioner seeking interim relief from undue custody and hardships especially the Immigration and Custom Enforcement plans to detain the petitioner said for at least (6) months by the cases at hand that is really cruel and unusual punishment for a petitioner that being further released to be detain again by the (ICE) and the U.S. Department of Homeland Security-ICE.</u>

    c. **Ground Three<u>: Estoppels</u>**
<u>Petitioner claims that all the officer for this agency of (ICE) and the courts also stated that he is being deprived of "life and liberty" and that since he is a foreigner he will not be included to protect him from the six months of unforeseeable detention without any cause of action for his removal any time soon or possible removal, just being held for the six month is a to much of lengthy time to serve not purpose towards any action of the (ICE) this matters violates all treaties with constitutions and international laws and treaties with the respect of personal liberties and life.</u> The petitioner was not allowed to speak his mind and others while in the surrounding of the U.S. Department of Homeland Security custody or the time given the Order to Show Cause or Notice of Intent by ICE and the government intentions wonder what is next to the effect or enactment of the Immigration and customs enforcement attempts.

D. Ground Four: <u>Constitutional Laws and International Laws and Treaties</u>

<u>Petitioner seeks to have all relevant facts and acts and events that would hesitate for the petitioner to have without a doubt unreasonable detention for a possible expedited removal order executed at any time soon or in other words in the foreseeable future to legalize any detention on the petitioner sufficient grounds to detain and remove the petitioner at any given time or likely to happen in near future. Petitioner seeks to ask for the relief from undue hardships and other matters that would produce extreme hardships for the petitioner. The petitioner request to be heard on the issues that a substantial amount of detention time is unconstitutional because there is no cause or enforceable removal by the U.S. Department of Homeland Security at any time soon or in the near future to expedite any type of removal with the petitioner is obsolete and unjustly and violates all rights of the people basically citizens and aliens to all have rights and privileges to be free if there is no such cause for his detention violates any due process cause by all means. (Inefficient Purpose)</u>

11 One of the grounds listed in 12A, B.C, and D, were not previously presented to any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them:

The petitioner is asking the his severe custodial detention is not likely to constitutional because the U.S. Immigration and Custom Enforcement cannot enforce any foreseeable or likeable future for his removal from the United States any time soon. This matter extremely violates all laws and treaties of international laws and matters relating to "life and liberty".

(a) Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
<u>No.</u>

(b) Give name and address, if known, of each attorney who represented you in the following stages of the judgment under attack:
<u>None-Pro Se</u>

12. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? <u>No</u>

Page 6

13. If you did not file a motion under section 2255 of title 28 United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to least the legality of your detention:

I did not file any such motion and was tempted to file all and any petition or legal forms defending my such detention that is unforeseeable future and is not legal in terms of the civil laws and the constitution of the United States and the people it represents. Basically, the matter in hand is not likely to approach any agreements any time soon for a possible removal from the United States to the Neighboring country of Cuba. This why my arguments are related to proceed in a legal matter to ask the Courts and the U.S. District Court for a possible relief toward any unlikely detention by (ICE). The petitioner is also asking and requesting to be place on an Order of Supervision by (ICE) and be registered for a Authorized Employment Document (AED) –I-796  and the fees to be waived for all the specified until the petitioner is able to pay the costs.

14. Are you presently represented by counsel? Yes [ ] No [ x ]

If so, please give the name, address, and telephone number: N/A

Case name and court _U.S. Dept. of Homeland Security-ICE

And the Executive Offices for Immigration Reviews-EOIR

If you seeking leave to proceed in forma pauperis, have you completed the setting forth the required information: Yes [X] No [ ]

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

Signed on the 16th day of May , 2006

Respectfully submitted,

Jorge Guerra-Petitioner


7.

## DECLARATION

    I, Jorge Guerra, declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed On: May 16th, 2006

At the Central Reception & Assignment Faciltity-CADRE UNIT-P.O. Box 7450 West Trenton, NJ 08628.

Respectfully submitted,

Jorge Guerra-Petitioner

U.S. Department of Justice
Immigration and Naturalization Services

**Immigration Detainer- Notice of Action**

File No. A 72-553-331
Date: 4/24/06

SBI# 503385C

**To:** (Name and title of Institution)
State of New Jersey
Department of Corrections/ COHQ
Whittlesey Road, PO Box 683
Trenton, NJ 08625
Attn: Sheila Schmidt and Marlene Lewis, DOC Liaisons

**From:** DHS/ D & R
Greentree Executive Campus
4002 Lincoln Drive West
Marlton, New Jersey 08053
PH: 856-874-2300
FX: 856-589-0945

Name of alien: JORGE GUERRA
Date of Birth: 1/18/72  Nationality: Cuba  Sex: M

You are advised that the Immigration and Naturalization Service concerning the above named inmate of your institution have taken the action noted below:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear of other charging document initiating removal proceedings, a copy of which is attached, was served on ___/___/___

☐ A warrant of arrest on removal proceedings, a copy of which is attached, was served on ___/___/___

☐ Deportation or removal from the United States has been ordered

**It is requested that you:**
Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal Holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE by calling (___)_____ during business hours or (___)_____ after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
  ☐ A self-addressed stamped envelope is enclosed for your convenience.
  ☐ Please return a signed copy facsimile to (___)_____

Return fax to the attention of _____ at (___)_____

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death of transfer to another institution
☐ Please cancel the detainer previously placed by this Service on ___/___/___

(Signature of ICE Official)    (Title of ICE Official)

Receipt acknowledged:

Date of latest conviction: ___/___/___  Latest conviction charge: _____
Estimated release date: ___/___/___
Signature and title of Official: _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Jorge Guerra
_____
Petitioner

v.

U.S. DHS -(ICE) et al.
_____
Respondent(s)

AFFIDAVIT IN SUPPORT OF
REQUEST TO PROCEED
IN FORMA PAUPERIS

Civil Action No.

I, Jorge Guerra, being first duly sworn, depose and say that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; and that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true:

1. Are you presently employed?   Yes [ ]   No [✓]

    a. If the answer is "Yes," state the amount of your salary per month and give the name and address of your employer.
    _____

    b. If the answer is "No," state the date of last employment and the amount of the salary per month you received.
    N/A

2. Have you received within the past twelve (12) months any money from any of the following sources?

    a. Business, profession or form of self-employment?
       Yes [ ]   No [✓]
    b. Rent payments, interest, or dividends?  Yes [ ]  No [✓]
    c. Pensions, annuities or life insurance payments?
       Yes [ ]   No [✓]
    d. Gifts or inheritances?  Yes [ ]   No [✓]
    e. Any other sources?  Yes [ ]   No [✓]

    If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve (12) months. N/A

3. Do you own any cash or do you have money in a checking or savings account? Yes [ ]   No [✓] (include any funds in prison accounts). If the answer is "Yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes [ ]   No [✓]

   If the answer is "Yes," describe the property and state its approximate value.  N/A

5. List the persons who are dependent upon you for support; state your relationship to those persons; indicate how much you contribute toward their support.  N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19th, 2006
              (date)

X _____ (signature)

### CERTIFICATE

I hereby certify that the petitioner, Jorge Guerra, confined at CRAF-CADRE UNIT-Trenton, NJ 08628, has the sum of $ _____ on the account to his credit, and that in the last six months the highest balance recorded in that account was $ 67.00. I further certify that the petitioner has the following securities to his credit according to the records of this institution CRAF-CADRE UNIT PO. Box 7450-West Trenton, NJ 08628

DATED: may 19 2006

_____
Business Manager or Other Authorized Officer of Institution





U.S. DISTRICT COURT
Attn: Kent Marshall, (Deputy-In-Charge)
Clarkson Fisher Federal Building
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Jorge Guerra, (E-1-C)
(SBI)#503385C/(INM)
CRAF-CADRE UNIT
P.O. Box 7450
West Trenton, NJ 08628